**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-6194**

In Re:  REGINALD L. FRAZIER,

Petitioner.

**No. 04-6195**

In Re:  REGINALD L. FRAZIER,

Petitioner.

**No. 04-6196**

In Re:  REGINALD L. FRAZIER,

Petitioner.

On Petitions for Writ of Coram Nobis and Writ of Habeas Corpus.
(CA-29-4; CA-02-6644-BO; CA-03-1338)

_____

Submitted: May 28, 2004          Decided: June 30, 2004

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

_____

Petitions denied by unpublished per curiam opinion.

_____

Reginald L. Frazier, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

These three original proceedings, filed in this court by Reginald L. Frazier, have been consolidated for consideration. In No. 04-6194, Frazier seeks relief through a petition for coram nobis, pursuant to the All Writs Act, 28 U.S.C. § 1651 (2000), and the habeas corpus statute, 28 U.S.C. § 2254 (2000). He asks for the refund of all fines and fees paid to the North Carolina State Bar Council, the United States District Court for the Eastern District of North Carolina, and this court, along with one hundred times those amounts as a sanction. He also requests reinstatement of his social security benefits. As neither coram nobis nor the § 2254 habeas statute can provide the relief Frazier seeks, we deny the petition.

No. 04-6195 and No. 04-6196 seem to be untimely petitions for rehearing of our decisions in In re Frazier, No. 03-6701, 2003 WL 21733141 (4th Cir. July 28, 2003) (unpublished), and In re Frazier, No. 03-1382, 2003 WL 1958771 (4th Cir. Apr. 28, 2003) (unpublished). As these final decisions are not subject to such attack, see Fed. R. App. P. 40(a)(1), we deny the petitions.

Although we grant Frazier leave to proceed in forma pauperis in each case, we deny his motions for writ of coram nobis and writ of habeas corpus. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

PETITIONS DENIED